IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 22, 2008

Charles R. Fulbruge III
Clerk

No. 06-51545
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

EDWARD LEE KOCH

Defendant - Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:06-CR-237-ALL

Before KING, DAVIS, and CLEMENT, Circuit Judges..

PER CURIAM:[*]

The attorney appointed to represent Edward Lee Koch has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Koch has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.